AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

U.S.

v.

Kyong Blachek

## APPEARANCE

Case Number: 1:06-M-77M

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Kyong Polachek

I certify that I am admitted to practice in this court.

8-15-06
Date

Signature

Edward C. Roy Jr. 3029
Print Name Bar Number

10 WEYBOSSET STREET
Address

PROVIDENCE RI 02903
City State Zip Code

(401) 528-4281 (401) 528-4285
Phone Number Fax Number