AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

DISTRICT OF Rhode Island

USA v. Kyong Polack

EXHIBIT AND WITNESS LIST

CASE NUMBER: 1:06-M-77M

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| WLS Martin | Govt Lee Vilker | Edward Roy |
| TRIAL DATE(S) 8-17-06 | COURT REPORTER N/A | COURTROOM DEPUTY Martha Saucier |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | W-1 | | | Michael Colon |
| A | | 8-17-06 | | ✓ | arrest warrant |
| B | | " | | ✓ | photo |
| C | | " | | ✓ | waiver form |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.