IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
)
v. ) 1:06-M-77M
)
KYONG POLACHEK )
a/k/a "JI-Yeon Kim," )
a/k/a "Jennifer," and Hana" )

ORDER

This matter was heard on August 17, 2006 before the Hon. Magistrate Judge David L. Martin, on an identity and removal hearing held pursuant to Rule 5 of the Federal Rules of Criminal Procedure, to determine whether the defendant KYONG POLACHEK is the same person named in a Complaint filed in the Eastern District of New York and whether she should be removed to the Eastern District of New York to answer the Complaint filed against her in that District. Upon hearing evidence submitted by the United States, the Court finds that there is sufficient evidence that the defendant is the same person named in the Complaint, it is hereby:

ORDERED, ADJUDGED AND DECREED

The defendant is ordered removed in the custody of the United States Marshals Service to the judicial district of the Eastern District of New York. where she shall be given a preliminary examination unless she waives such hearing.

Per Order,

[signature]
Deputy Clerk

ENTER:

David L Martin
DAVID L. MARTIN
United States Magistrate Judge
United States District Court

DATE: 8-17-06

SCANNED