# United States District Court

## *District of Rhode Island*

UNITED STATES OF AMERICA
V.

KYONG POLACHEK

**COMMITMENT TO ANOTHER DISTRICT**

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | | 06-862M | 1:06-M-77M |

CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN

☐ Indictment ☐ Information ☒ Complaint ☐ Other (specify)

**charging a violation of** 18 U.S.C. § 2421 AND 2

DISTRICT OF OFFENSE: Eastern District of New York

DESCRIPTION OF CHARGES: knowingly and intentionally transporting an individual in interstate and foreign commerce with intent that such individual engage in prostitution

CURRENT BOND STATUS:

☐ Bail Fixed at ______________ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☒ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

**Representation:** ☐ Retained Own Counsel ☒ Federal Defender Organization ☐ CJA Attorney ☐ None

**Interpreter Required?** ☒ No ☐ Yes Language: ______________

DISTRICT OF RHODE ISLAND

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

August 17, 2006
Date

Judicial Officer / Clerk

RETURN

**This commitment was received and executed as follows:**

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |

This form was electronically produced by John Etchells using Omniform Internet Publisher.